1044

No. 1041. KRAMM *v.* WORKMEN'S COMPENSATION APPEALS BOARD ET AL. Sup. Ct. Cal. Motion to dispense with printing petition granted. Certiorari denied. *Jerry J. Williams* for petitioner. *Richard E. Ryan* for respondent Workmen's Compensation Appeals Board, and *Sidney A. Stutz* for respondent Hartford Accident & Indemnity Co.

No. 1292. CASSIAGNOL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Philip J. Hirschkop* and *Lawrence E. Freedman* for petitioners. *Solicitor General Griswold* for the United States.

No. 1172. NEW MEXICO *v.* PAUL. Ct. App. N. M. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *James A. Maloney,* Attorney General of New Mexico, *Gary O'Dowd,* Deputy Attorney General, and *Mark B. Thompson III,* Assistant Attorney General, for petitioner.

No. 1276. BIRNBAUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Alan M. Dershowitz* and *Jerome J. Londin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 307, Misc. VALENZUELA *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. *W. Edward Morgan* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.